# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Lena Watts-Robinson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:17-cv-00024-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| M. David Brittain, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2019 Order.

January 4, 2019

_____
Frank G. Johns, Clerk
United States District Court